FILED

01/08/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0011

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 25-0011

_____

TREASURE STATE TOWING AND
RECOVERY,

      Petitioner,

    v.

MONTANA FIRST JUDICIAL DISTRICT
COURT, LEWIS & CLARK COUNTY,
HONORABLE MICHAEL F. MCMAHON,
Presiding,

      Respondent.

O R D E R

_____

Petitioner Treasure State Towing and Recovery seeks a writ of supervisory control over the First Judicial District Court, Lewis and Clark County, to reverse that court's December 18, 2024 order in Cause No. BDV-2020-215 denying Treasure State's motion to dismiss the complaint against it for failure to effect proper service of process. The District Court, relying on this Court's decision in *Petersen v. Simon*, 2024 MT 185, 418 Mont. 12, 555 P.3d 253, determined that a notice of appearance filed by counsel for Treasure State obviated the plaintiff's duty to strictly comply with the rules governing service. Treasure State contends that the District Court's reliance on *Petersen* was mistaken, that its resulting legal conclusion was erroneous as a matter of law, and that allowing the action to proceed without requiring proper service of process violates due process and will cause a gross injustice.

Having reviewed the Petition and its attachments, the Court deems it advisable to invite a response.

IT IS THERFORE ORDERED that the Respondent District Court, the Plaintiff Rachel Buley, or either of them shall have thirty (30) days from the date of this Order within which to file a summary response to the Petition in accordance with M. R. App. P. 14(7)(a).

IT IS FURTHER ORDERED that Treasure State's motion to stay proceedings is taken under advisement pending the Court's review of any responses.

The Clerk is directed to provide notice of this Order to all counsel of record in Lewis and Clark County District Court Cause No. BDV-2020-215, and to the Hon. Michael McMahon, presiding District Judge.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
January 8 2025